STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. DANIEL F. ROGERS ET AL., PLAINTIFFS IN ERROR.

Argued March 21, 1929—Decided May 20, 1929.

For the defendant in error, *Johnson V. Allar.*

For the plaintiffs in error, *Wilbur A. Mott.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, BLACK, CAMPBELL, LLOYD, CASE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.